# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDREW RICHARD EARLY, III

VERSUS

THE UNOPENED SUCCESSION OF
LOLALISA CLARK

NO.  2025 CW 0617

OCTOBER 6, 2025

---

In Re:    Andrew  Richard  Early,  III,  applying  for  supervisory
          writs,  19th  Judicial  District  Court,  Parish  of  East
          Baton Rouge, No. 731932.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT NOT CONSIDERED.**  The writ application did not include a copy of each pleading on which the judgment, order or ruling is founded, including the petition, in violation of Rule 4-5(C)(8) of the Uniform Rules of Louisiana Courts of Appeal.  This court further requires a copy of the pertinent hearing transcript and all evidence introduced at the hearing.

    Supplementation  of  this  writ  application  and/or  an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before November 5, 2025, and must contain a copy of this ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT